# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1111. SANDRA BONITA MARSHALL v. JEFFERY F. LUNDY.

Sandra Bonita Marshall brought this action challenging the qualifications of Jeffery F. Lundy to hold his elected position as mayor of the City of Fort Valley. After the trial court ruled adversely to Marshall, the court granted Lundy's motion for an award of attorney fees under OCGA § 9-15-14. Marshall now appeals that award directly to this Court.

The Supreme Court "has exclusive appellate jurisdiction over '[a]ll cases of election contest.'" *Cook v. Bd. of Registrars*, 291 Ga. 67, 68 (2) (a) (1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2)). Because the underlying subject matter of this action is an "election contest," it appears that jurisdiction over this appeal may lie in the Supreme Court. See *Davis v. Dunn*, 286 Ga. 582 (690 SE2d 389) (2010) (exercising jurisdiction over appeal from award of OCGA § 9-15-14 attorney fees in an election contest case). Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal*

*Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/13/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*